For the Plaintiff, the following caſes were cited: *Plowd.* 308. *b.* *Gilb. Rep.* 154. *Hard.* 200. 3 *P. Will.* 222.

## The *Leſſee* of Lloyd *verſus* Taylor.

EJECTMENT for Ground in the City of *Philadelphia.* *Mercy* *Maſters* being ſeized in fee married *Peter Lloyd.* *Peter Lloyd* and *Mercy* his Wife convey to *Ralph Aſheton* in 1727. *Ralph Aſhe-* *ton* reconveys to *Peter Lloyd* the Land in queſtion. Afterwards, in 1738, on a Judgment againſt *Peter Lloyd,* the Land in queſtion was taken in Execution and ſold by the Sheriff to the Defendant for £ 1300.—Plaintiff claims as Heir at Law to *Mercy Lloyd,* inſiſting that his Mother being a *Feme Covert* could not legally convey her eſtate without an examination by Writ. And though in the caſe of *Davey* verſus *Turner* tried in this Court *September* 1764, * it was ruled that an acknowledgement of the Deed on a private examina- tion before a Juſtice of peace, was ſufficient under a long Uſage to ſanctify her Deed, though not ſtrictly agreeable to Law; yet here there was not even that acknowledgment, or private examination.

But it appearing in Evidence, that it had been the conſtant Uſage of the Province formerly for *Femes Covert* to convey their Eſtates in this manner, without an acknowledgment or ſeparate examination; And that there were a great number of valuable Eſtates held under ſuch Titles, which it would be dangerous to impeach at this time of day, THE Court gave a Charge to the Jury in favour of the De- fendants, founded on the Maxim *Communis Error facit Jus.* And the Jury accordingly found for the Defendant.

* See *Ant.* p. 11.